# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TODD CAMPBELL,

               Plaintiff,

v.

UNITED STATES OF AMERICA,

               Defendant.

_____/

Case No.  1:17-cv-00768-LJO-SKO

**ORDER GRANTING UNOPPOSED REQUEST TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

(Doc. 6)

      The Court, having reviewed and considered Defendant United States of America's Unopposed Request to Extend Defendant's Time to Respond to Plaintiff's Complaint (Doc. 6), and for good cause shown, GRANTS the Request.

      IT IS HEREBY ORDERED that Defendant's response to Plaintiff's Complaint shall be due on September 4, 2017.

IT IS SO ORDERED.

Dated:  **August 22, 2017**                /s/ *Sheila K. Oberto*

                                   UNITED STATES MAGISTRATE JUDGE