RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA (NJ SBN: 129362015)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

MCGREGOR W. SCOTT
United States Attorney
Eastern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Todd Campbell,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>United States of America,<br><br>　　　　　　Defendant. | No. 1:17-CV-00768-LJO-SKO<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE AND DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>**(Doc. 10)** |

　　　　On January 10, 2018, Plaintiff, Todd Campbell, and Defendant, the United States of America, filed a joint Stipulation of Dismissal with Prejudice to dismiss the above-captioned action.

　　　　Based on the parties' stipulation, this action has been dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties will bear their own respective costs and expenses. The Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:　**January 11, 2018**　　　　　　　　／s／ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order　　　　　　　　　　　　　　　　1